UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARIO PRYOR, | ) |
| Plaintiff, | ) |
| vs. | ) 1:04-cv-2042-JDT-TAB |
| CATERPILLAR LOGISTICS SERVICES, | ) |
| Defendant. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The defendant's motion to dismiss accurately relates certain dates associated with the filing and subsequent events in this case. The motion neglects, however, to account for the fact that the Marshals Service is required to serve process on behalf of individuals proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915(d); Fed.R.Civ.P. 4(c)(2); *Graham v. Satkoski,* 51 F.3d 710, 712 (7th Cir. 1995). This lifts from a litigant such as plaintiff Pryor the obligation under Rule 4(m) to serve process within 120 days from the date the complaint is filed. Accordingly, the motion to dismiss is **denied.**

2. The defendant shall have **through April 19, 2006,** in which to file its answer or other responsive pleading to the complaint.

3. Given the delay which has already been encountered in this case, the parties shall proceed with discovery and other necessary matters expeditiously, such that any dispositive motion, including any motion for summary judgment, shall be filed **not later than July 6, 2006.**

**IT IS SO ORDERED.**

Date: 3/3/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Mario Pryor
6844 E. 42nd Street, Apt #5
Indianapolis, IN 46226

Christopher J. DeGroff
SEYFARTH SHAW
cdegroff@seyfarth.com

Jason M. Torres
SEYFARTH SHAW LLP
55 E. Monroe
Suite 4200
Chicago, IL 60603